

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00259-CR

Kristen Marie **DAWSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 636843
Honorable Michael De Leon, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: August 5, 2020

DISMISSED AS MOOT

Kristen Dawson appeals an order denying her application for pretrial habeas relief seeking release on personal bond. Two weeks after Dawson filed her notice of appeal, the underlying criminal case was resolved by a plea bargain agreement and Dawson was no longer subject to pretrial confinement. When a defendant is no longer subject to pretrial confinement, issues concerning pretrial release are moot. *Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992) (dismissing as moot a petition for discretionary review concerning pretrial release when the defendant was convicted of the underlying offense and was no longer subject to pretrial

confinement); *Ex parte Arceneaux*, No. 09-13-00101-CR, 2013 WL 1790233, *1 (Tex. App.—Beaumont Apr. 24, 2013, no pet.) (mem. op., not designated for publication) (dismissing as moot an appeal from the denial of bail reduction after the underlying criminal case was resolved by a plea bargain agreement). Accordingly, we dismiss this appeal as moot.

PER CURIAM

DO NOT PUBLISH